# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2600
LT Case No. 2018-CA-030382

_____

SL ASSETS, LLC, A FLORIDA
LIMITED LIABILITY COMPANY, as
TRUSTEE for TRUST #7330,

     Appellant,

     v.

U.S. BANK NATIONAL
ASSOCIATION, as TRUSTEE for
TBW MORTGAGE-BACKED TRUST
SERIES 2006-2, TBW MORTGAGE-
BACKED PASS-THROUGH
CERTIFIED SERIES, 2006 et.al.,

     Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Curt Jacobus, Judge.

Blake J. Fredrickson, of Fredrickson's Law Group, P.A., Tampa,
for Appellant.

Kimberly George and Joseph G. Paggi, III, of Deluca Law Group,
PLLC, Fort Lauderdale, for Appellee.

April 12, 2024

PER CURIAM.

AFFIRMED.

MAKAR, HARRIS, and KILBANE, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————